STEVEN H. BOVARNICK (State Bar # 99361)
Sbovarnick@lpslaw.com
LELAND, PARACHINI, STEINBERG,
   MATZGER & MELNICK, LLP
199 Fremont Street - 21st Floor
San Francisco, California  94105
Telephone: (415) 957-1800
Facsimile: (415) 974-1520

Attorneys for CALIFORNIA CHECK CASHING STORES, LLC,
a Delaware limited liability company

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| GEORGE S. LOUIE,<br><br>  Plaintiff,<br><br>vs.<br><br>CALIFORNIA CHECK CASHING INC.,<br><br>  Defendant. | CASE NO. 2:11-CV-01639-JAM-KJN<br><br>**STIPULATION AND ORDER CONTINUING SETTLEMENT CONFERENCE** |

IT IS HEREBY STIPULATED by and between George S. Louie ("Plaintiff") and California Check Cashing Stores, LLC, a Delaware limited liability company ("Defendant"), by and through their respective attorneys of record, Keith D. Cable for the Plaintiff and Steven H. Bovarnick for the Defendant, that the settlement conference date be continued from April 13, 2012 to May 15, 2012.

DATED: April 6, 2012                     LELAND, PARACHINI, STEINBERG,
                                         MATZGER & MELNICK, LLP

                                         By:  /s/Steven H. Bovarnick
                                              Steven H. Bovarnick
                                              Attorneys for CALIFORNIA CHECK
                                              CASHING STORES, LLC,
                                              a Delaware limited liability company

DATED: April 6, 2012                     CABLE GALLAGHER

                                         By:  /s/Keith D. Cable
                                              Keith D. Cable
                                              Attorneys for GEORGE S. LOUIE

1  GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED that the foregoing Stipulation is approved.  The settlement conference date is hereby continued from April 13, 2012 to May 15, 2012.  Each party is directed to have a principal capable of disposition at the Settlement Conference or to be fully authorized to settle the matter on any terms at the Settlement Conference.  Each party is directed to submit to the chambers of Magistrate Judge Newman confidential settlement conference statements seven (7) days prior to the conference.  Such statements are neither to be filed with the clerk nor served on opposing counsel.  However, each party shall e-file a one page document entitled Notice of Submission of Confidential Settlement Conference Statement.  The parties may agree, or not, to serve each other with the settlement statements.

IT IS SO ORDERED.

**Date:  4/9/2012**

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

LAW OFFICES OF
LELAND, PARACHINI, STEINBERG, MATZGER & MELNICK, LLP
199 FREMONT STREET - 21ST FLOOR
SAN FRANCISCO, CALIFORNIA 94105
TEL (415) 957-1800 • FAX (415) 974-1520