1  STEVEN H. BOVARNICK (State Bar # 99361)
   Sbovarnick@lpslaw.com
2  LELAND, PARACHINI, STEINBERG,
      MATZGER & MELNICK, LLP
3  199 Fremont Street - 21st Floor
   San Francisco, California  94105
4  Telephone: (415) 957-1800
   Facsimile: (415) 974-1520

5

6  Attorneys for CALIFORNIA CHECK CASHING STORES, LLC,
   a Delaware limited liability company

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| GEORGE S. LOUIE, | CASE NO. 2:11-CV-01639-JAM-KJN |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER CONTINUING SETTLEMENT CONFERENCE** |
| vs. | |
| CALIFORNIA CHECK CASHING INC., | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between George S. Louie ("Plaintiff") and California Check Cashing Stores, LLC, a Delaware limited liability company ("Defendant"), by and through their respective attorneys of record, Keith D. Cable for the Plaintiff and Steven H. Bovarnick for the Defendant, that the settlement conference date be continued from April 13, 2012 to May 15, 2012.

DATED: April 6, 2012        LELAND, PARACHINI, STEINBERG,
                            MATZGER & MELNICK, LLP

                            By:  /s/Steven H. Bovarnick
                                 Steven H. Bovarnick
                                 Attorneys for CALIFORNIA CHECK
                                 CASHING STORES, LLC,
                                 a Delaware limited liability company

DATED: April 6, 2012        CABLE GALLAGHER

                            By:  /s/Keith D. Cable
                                 Keith D. Cable
                                 Attorneys for GEORGE S. LOUIE

{S:/CCCS/0002/PLD/777881.DOC}        1        CASE NO. 2:11-CV-01639-JAM-KJN
                                              STIPULATION AND [PROPOSED] ORDER CONTINUING
                                              SETTLEMENT CONFERENCE

1  GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED that the foregoing Stipulation is approved.  The settlement conference date is hereby continued from April 13, 2012 to May 15, 2012.  Each party is directed to have a principal capable of disposition at the Settlement Conference or to be fully authorized to settle the matter on any terms at the Settlement Conference.  Each party is directed to submit to the chambers of Magistrate Judge Newman confidential settlement conference statements seven (7) days prior to the conference.  Such statements are neither to be filed with the clerk nor served on opposing counsel.  However, each party shall e-file a one page document entitled Notice of Submission of Confidential Settlement Conference Statement.  The parties may agree, or not, to serve each other with the settlement statements.

IT IS SO ORDERED.

**Date:  4/9/2012**

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE