1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10   GEORGE S. LOUIE,

11          Plaintiff,                    No. 2:11-cv-01639 KJN

12      v.

13   CALIFORNIA CHECK CASHING INC.,

14          Defendant.                    ORDER
                                  /
15

16          Presently before the court is the parties' stipulated request for an extension of time

17   to file dispositional documents in this settled case.  The court grants the parties' request.

18   Accordingly, IT IS HEREBY ORDERED that the parties shall have until June 25, 2012, to file

19   dispositional documents.

20          IT IS SO ORDERED.

21   DATED:  June 21, 2012

22

23                                        _____

24                                        KENDALL J. NEWMAN
                                          UNITED STATES MAGISTRATE JUDGE
25

26

1