IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GEORGE S. LOUIE,

      Plaintiff,     No. 2:11-cv-01639 KJN

  v.

CALIFORNIA CHECK CASHING INC.,

      Defendant.     ORDER
_____/

      Presently before the court is the parties' stipulated request for an extension of time to file dispositional documents in this settled case. The court grants the parties' request. Accordingly, IT IS HEREBY ORDERED that the parties shall have until June 25, 2012, to file dispositional documents.

      IT IS SO ORDERED.

DATED: June 21, 2012

                              _____
                              KENDALL J. NEWMAN
                              UNITED STATES MAGISTRATE JUDGE